IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FRAY LYNCH, | : | |
| | : | |
| Plaintiff, | : | |
| | : | C.A. NO. 06-351 JJF |
| v. | : | |
| | : | JURY TRIAL DEMANDED |
| CITY OF WILMINGTON | : | |
| | : | |
| Defendant. | : | |

## ORDER

IT IS HEREBY ORDERED that on this __3__ day of __OCTOBER__, 2006, Defendant City of Wilmington's Motion for Leave to file a Memorandum of Points and Authorities in lieu of an Opening Brief is **GRANTED**.

_____