# RTV

Robert T. Vance, Jr.°
Robert H. Bembry, III**
Angelo L. Cameron*
A. Michelle Campbell*
Sheilah D. Vance*

    * Of Counsel
    ⁺ Also admitted in New Jersey
    ° Also admitted in D.C.

LAW OFFICES OF ROBERT T. VANCE, JR.
100 South Broad Street, Suite 1530
Philadelphia, PA 19110
215.557.9550  F 215.557.9552
vancelaw@aol.com

**RECEIVED**
**NOV 2 1 2006**

November 20, 2006

Honorable Joseph J. Farnan, Jr.
U.S. District Court, District of Delaware
Room 4124 J. Caleb Boggs Federal Building
844 N. King Street
Lockbox 27
Wilmington, DE 19801

    Re:    *Fray Lynch v. City of Wilmington*
               Civil Action No. 06-351-JJF

Dear Judge Farnan:

I represent Plaintiff, Fray Lynch, in the above-captioned matter, in which Kester I. H. Crosse, Esquire is counsel of record. I am writing concerning the Order dated October 30, 2006, relating to Defendant's Motion for Joinder of an Indispensable Party Under Civil Rule 19, or Alternative Motion to Dismiss Pursuant to Civil Rule 12(b)(7). Mr. Crosse desires to withdraw as counsel of record for Ms. Lynch, and I have had great difficulty in locating local counsel to replace him. Inasmuch as I am not yet admitted pro hac vice to this Court, I cannot file the answer to Defendant's Motion that I have prepared. Accordingly, I respectfully request that Your Honor grant Ms. Lynch until December 1, 2006 to both locate substitute local counsel and to answer Defendant's Motion

Sincerely,

Robert T Vance Jr

cc:    Alex J. Mili, Jr., Esq.
*By Federal Express*