IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Fray Lynch, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 06-351-JJF |
| | : | |
| City of Wilmington, | : | |
| | : | |
| Defendant. | : | |

## ORDER

AND NOW, this 27 day of November, 2006, upon consideration of the Motion for Admission of Robert T Vance Jr, Esquire, Pro Hac Vice as Counsel for Plaintiff, it is hereby

ORDERED that in the interests of justice and to promote judicial economy and efficiency, said Motion is GRANTED and Robert T Vance Jr, Esquire, shall be admitted to this Court pro hac vice for the limited purpose of appearing in and representing Plaintiff Fray Lynch in this case.

IT IS FURTHER ORDERED that said Motion has been granted on the condition that local counsel for Plaintiff shall be designated within 60 days of the date hereof.

BY THE COURT:

_____
UNITED STATES DISTRICT JUDGE