IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FRAY LYNCH, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 06-351-JJF |
| CITY OF WILMINGTON, | : | |
| Defendant. | : | |

### MOTION TO WITHDRAW
### AS COUNSEL FOR PLAINTIFF

The undersigned hereby moves this Honorable Court, pursuant to Rule 83.7 of the Local Rules of the U.S. District Court for the District of Delaware, to allow him to withdraw as counsel of record for the Plaintiff in this action as above captioned. In support of this motion, counsel represents the following:

1. Counsel for Plaintiff notified local counsel that he would be securing new local counsel in a letter dated October 24, 2006. (See Exhibit A)

2. Since that date, local counsel has heard nothing from Plaintiff's counsel. (See Exhibits B, C, & D)

3. New Local counsel for Plaintiff's has not been retained and current local counsel desires to withdraw from this action.

WHEREFORE counsel prays that the relief requested above be granted.

Dated: July 20, 2007

_____
KESTER I.H. CROSSE, ESQUIRE
I.D. Number: 638
Williams & Crosse
1214 King Street
Wilmington, Delaware 19801
(302) 652-3141 / (302) 658-3488

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FRAY LYNCH, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 06-351-JJF |
| CITY OF WILMINGTON, | : | |
| Defendant. | : | |

## **ORDER**

At Wilmington this _____ day of _____, 2007,

IT IS ORDERED that Kester I.H. Crosse, Esquire, Williams & Crosse, Delaware Counsel No. 638 may enter his withdrawal as local counsel for the Plaintiff in the above-captioned matter effective this date.

_____
JUDGE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on July 20th, 2007, I have sent by U.S. certified Mail, the foregoing documents to the following:

Robert T. Vance, Jr., Esquire  
Law Offices of Robert T. Vance, Jr.  
100 South Broad Street  
Suite 1530  
Philadelphia, PA 19110

Alex J. Mili, Jr., Esquire  
Senior Assistant City Solicitor  
Louis L. Redding City/County Building  
800 N. French Street, 9th Floor  
Wilmington, DE 19801

Dated: July 20, 2007

_____  
KESTER I.H. CROSSE, ESQUIRE  
I.D. Number: 638  
Williams & Crosse  
1214 King Street  
Wilmington, Delaware  
(302)652-3141 / (302) 658-3488

# EXHIBIT A



Robert T. Vance, Jr.°
Robert H. Bembry, III*+
Angelo L. Cameron*
A. Michelle Campbell*
Sheilah D. Vance*
  * Of Counsel
  + Also admitted in New Jersey
  ° Also admitted in D.C.

LAW OFFICES OF ROBERT T. VANCE, JR.
100 South Broad Street, Suite 1530
Philadelphia, PA 19110
215.557.9550  F 215.557.9552
vancelaw@aol.com

October 24, 2006

Kester I. H. Crosse
Williams & Crosse
1214 King Street
Wilmington, DE 19801

Re:   *Fray M. Lynch v. City of Wilmington*

Dear Mr. Krosse:

Please be advised that I am locating new local counsel in the above-referenced case, which you can represent to the Court in your motion to withdraw. Kindly call or email me if you have any questions.

Sincerely,

Robert T Vance Jr

*By fax and regular mail*

# EXHIBIT B

**WILLIAMS & CROSSE**
ATTORNEYS AT LAW
1214 KING STREET
WILMINGTON, DELAWARE 19801

LEONARD L. WILLIAMS - RETIRED
KESTER I. H. CROSSE

June 20, 2006

TELEPHONE NUMBERS:
(302) 652-3141
(302) 658-3488
FAX (302) 652-5034

Robert T. Vance, Jr., Esquire
Law offices of Robert T. Vance, Jr.
100 South Broad Street, Suite 1530
Philadelphia, Pa. 19110

    Re: Fray M. Lynch vs. City of Wilmington
        Case No. 06-351

Dear Mr. Vance:

    Please find enclosed clocked copy of the complaint and related documents.

    I have agreed to serve as local counsel in this matter, as you were reaching a statute problem in this case. Please understand that I work as a Public Defender here in the State of Delaware and I am in Court many days.

    In addition, I do not appear in Federal Court as much as you do perhaps. Because of this, it will primarily be your responsibility to make sure that all filings are received by me in enough time to file them at the Federal Court or that you take advantage of the E-filing situation.

    We also have not discussed fees or any compensation to me.

    I suggest that you drop me a line or call me so that we can discuss this matter or that you begin seeking another local counsel who will be more available in this case.

    Please let me hear from you.

                                      Very truly yours,

                                      Kester I.H. Crosse

KIHC/kj

# EXHIBIT C

WILLIAMS & CROSSE
ATTORNEYS AT LAW
1214 KING STREET
WILMINGTON, DELAWARE 19801

LEONARD L. WILLIAMS - RETIRED
KESTER I.H. CROSSE

TELEPHONE NUMBERS:
(302) 652-3141
(302) 658-3488
FAX (302) 652-3034

October 5, 2006

Robert T. Vance, Jr., Esquire
Law Offices of Robert T. Vance, Jr.
100 South Broad Street
Suite 1530
Philadelphia, Pa. 19110

Re: Fray M. Lynch vs. City of Wilmington
Case No. 06-351

Dear Mr. Vance:

I wrote you on June 20, 2006 asking that you get in touch with me so that we could discuss our arrangements for filing of papers and fees in this case. You have not given me the courtesy of a reply.

I enclose a copy of documents (Defendant City of Wilmington's Motion for Leave to File a Memorandum of Points and Authorities in Lieu of an Opening Brief and Defendant's Memorandum of Points and Authorities in Support of Its Motion for Joinder of an Indispensable Party Under Civil Rule 19, or Alternative Motion to Dismiss Pursuant to Civil Rule 12(b) (7)), that was filed by the opposing side in this matter. If I do not hear from you within the next five (5) days, I will be filing a Motion to withdraw as local counsel in this matter.

Very truly yours,

Kester I.H. Crosse

KIHC/kj
Enclosure

# EXHIBIT D

**WILLIAMS & CROSSE**
ATTORNEYS AT LAW
1214 KING STREET
WILMINGTON, DELAWARE 19801

LEONARD L. WILLIAMS - RETIRED
KESTER I. H. CROSSE

July 10, 2007

TELEPHONE NUMBERS:
(302) 652-3141
(302) 658-3488
FAX (302) 652-3034

**By Certified Mail**

Robert T. Vance, Jr. Esquire
Law Offices of Robert T. Vance, Jr.
100 South Broad Street, Suite 1530
Philadelphia, PA  19110

    Re:    **Fray M. Lynch v. City of Wilmington**
            **Case No. 06-351**
            **United States District Court for the District of Delaware**

Dear Mr. Vance:

    Per your letter dated October 24, 2006, you indicated that you were in the process of locating new local counsel in the above-mentioned matter.

    I am also in receipt of the enclosed Order dated November 27, 2006 signed by Judge Farnan allowing you 60 days from that date to designate Plaintiffs' new local counsel and I have not received any documentation from you or the Court of that occurring.

    I will be filing the Motion to Withdraw as Counsel for Plaintiff with the Court by the end of this week and I suggest that you take the necessary steps to secure new counsel for the case.

    Enclosed is a copy of Defendant's Memorandum Order signed by Judge Farran, dated June 8, 2007.

                                                  Very truly yours,

                                                  Kester I.H. Crosse

KIHC/ihb
Enclosures

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

PHILADELPHIA PA 19110   OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $0.58 |
| Certified Fee | | $2.65 |
| Return Receipt Fee (Endorsement Required) | | $2.15 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $5.38 |

Postmark Here: RODNEY SQ STA WILMINGTON DE 19801 JUL 2007 07/11/2007

Sent To: Robert T. Vance, Jr., Esquire
Street, Apt. No.; or PO Box No.: 100 S. Broad St., Ste. 1530
City, State, ZIP+4: Philadelphia, PA 19110

PS Form 3800, August 2006    See Reverse for Instructions

Article tracking: 7006 2150 0000 8802 3237

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Robert T. Vance, Jr. Esquire
   Law Offices of Robert T. Vance, Jr.
   100 South Broad Street, Ste. 1530
   Philadelphia, PA 19110

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X Desiree Torres   ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Desiree Torres
C. Date of Delivery: JUL 12 2007

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7006 2150 0000 8802 3237

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540