IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

FRAY LYNCH,                          :
                                     :
        Plaintiff,                   :
                                     :
    v.                               : Civil Action No. 06-351-JJF
                                     :
CITY OF WILMINGTON,                  :
                                     :
        Defendants.                  :

## O R D E R

At Wilmington this 27 day of July, 2007;

IT IS ORDERED that Kester I.H. Crosse, Esquire, Williams & Crosse, Delaware Counsel No. 638 may enter his withdrawal as local counsel for the Plaintiff in the above-captioned matter effective this date.

A status conference is scheduled for **August 22, 2007 at 10:00 a.m.** Plaintiff shall obtain new Delaware counsel who shall appear at the August 22 status conference.

July 27, 2007
DATE

_____
UNITED STATES DISTRICT JUDGE