**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

FRAY LYNCH,                          :
                                     :
            Plaintiff,               :
                                     :        C.A. No. 06-351 JJF
      v.                             :
                                     :        JURY TRIAL DEMANDED
CITY OF WILMINGTON,                  :
                                     :
            Defendant.               :
                                     :

**ENTRY OF APPEARANCE**

        PLEASE ENTER THE APPEARANCE of G. KEVIN FASIC, Esquire of the Law
Offices of G. Kevin Fasic, LLC, as attorney for Plaintiff Fray Lynch.  The Entry of Appearance
shall not be considered to be a waiver of any jurisdictional defects in service upon the Plaintiff.
The Plaintiff specifically reserves all rights to raise any jurisdictional, service, or statute of
limitations defects which may be available.


                                LAW OFFICES OF G. KEVIN FASIC

                                /s/ G. Kevin Fasic_____
                                G. Kevin Fasic, Esquire (DE 3496)
                                Legal Arts Building
                                1225 King Street, Suite 200
                                Wilmington, DE 19801
                                (302) 654-4501

                                *Attorney for Plaintiff*

DATE: August 22, 2007

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

FRAY LYNCH,                                    :
                                               :
            Plaintiff,                         :
                                               :     C.A. No. 06-351 JJF
      v.                                       :
                                               :     JURY TRIAL DEMANDED
CITY OF WILMINGTON,                            :
                                               :
            Defendant.                         :

## CERTIFICATE OF SERVICE

      I, G. KEVIN FASIC, ESQUIRE, hereby certify that a true and correct copy of the foregoing Entry of Appearance was served, by CM/ECF Electronic Filing on this 22nd day of August, 2007 upon the following:

Alex J. Mili, Jr., Esquire
Senior Assistant City Solicitor
Louis L. Redding City/County Building
800 N. French Street, 9th Floor
Wilmington, DE 19801


/s/ G. Kevin Fasic
G. Kevin Fasic, Esquire (DE 3496)