IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FRAY LYNCH, | : | |
| | : | |
| Plaintiff, | : | |
| | : | C.A. No. 06-351 JJF |
| v. | : | |
| | : | JURY TRIAL DEMANDED |
| CITY OF WILMINGTON, | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF SERVICE

I, G. KEVIN FASIC, ESQUIRE, hereby certify that a true and correct copy of Plaintiff's Initial Disclosure Statement was served, by CMECF electronic filing, this 30th day of August, 2007 upon the following:

Alex J. Mili, Jr., Esquire
Senior Assistant City Solicitor
Louis L. Redding City/County Building
800 N. French Street, 9th Floor
Wilmington, DE 19801

/s/ G. Kevin Fasic
G. Kevin Fasic, Esquire (DE 3496)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FRAY LYNCH, | : |
| | : |
| Plaintiff, | : |
| | :   C.A. No. 06-351 JJF |
| v. | : |
| | :   JURY TRIAL DEMANDED |
| CITY OF WILMINGTON, | : |
| | : |
| Defendant. | : |

## CERTIFICATE OF SERVICE

I, G. KEVIN FASIC, ESQUIRE, hereby certify that a true and correct copy of the foregoing Notice of Service of Plaintiff's Initial Disclosure Statement was served, by CMECF electronic filing, this 30th day of August, 2007 upon the following:

Alex J. Mili, Jr., Esquire
Senior Assistant City Solicitor
Louis L. Redding City/County Building
800 N. French Street, 9th Floor
Wilmington, DE 19801

/s/ G. Kevin Fasic
G. Kevin Fasic, Esquire (DE 3496)