IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FRAY LYNCH, | : | |
| | : | |
| Plaintiff, | : | |
| | : | C.A. NO. 06-351 JJF |
| v. | : | |
| | : | JURY TRIAL DEMANDED |
| CITY OF WILMINGTON, | : | |
| | : | |
| Defendant. | : | |

## CERTIFICATE OF SERVICE

I, Alex J. Mili, Jr, Esquire, hereby certify that on this 4th day of September, 2007, I mailed a copy of the Defendant's Rule 26 Disclosures via U.S. Mail postage pre-paid to the following individuals and will further notify that this document was electronically filed with the Clerk of Court using CM/ECF:

G. Kevin Fasic
Law Office of G. Kevin Fasic
1225 King Street, Suite 200
Wilmington, DE 19801

Robert T. Vance, Jr.
Law Offices of Robert T. Vance, Jr.
100 South Broad Street
Suite 1530
Philadelphia, PA 19110

CITY OF WILMINGTON LAW DEPARTMENT

 /s/ Alex J. Mili, Jr.
ALEX J. MILI, JR., ESQUIRE (I.D. #4125)
Senior Assistant City Solicitor
Louis L. Redding City/County Building
800 N. French Street, 9th Floor
Wilmington, DE 19801
(302) 576-2175