IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FRAY LYNCH, | : | |
| | : | |
| Plaintiff, | : | |
| | : | C.A. NO. 06-351 JJF |
| v. | : | |
| | : | JURY TRIAL DEMANDED |
| CITY OF WILMINGTON, | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF DEPOSITION

TO: G. Kevin Fasic  
     Law Office of G. Kevin Fasic  
     1225 King Street, Suite 200  
     Wilmington, DE 19801

Robert T. Vance, Jr.  
Law Offices of Robert T. Vance, Jr.  
100 South Broad Street  
Suite 1530  
Philadelphia, PA 19110

PLEASE TAKE NOTICE that the undersigned attorney will take the deposition of Plaintiff, Fray Lynch, on Wednesday, October 3, 2007 at 2:00 p.m. The deposition will take place in the City Solicitor's office located in the Louis L. Redding City/County Building, 800 N. French Street, 9th Floor, Wilmington, DE.

CITY OF WILMINGTON LAW DEPARTMENT

  /s/Alex J. Mili, Jr.

Alex J. Mili, Jr., Esquire (I.D. #4125)  
Assistant City Solicitor  
Louis L. Redding City/County Building  
800 N. French Street, 9th Floor  
Wilmington, DE 19801  
(302) 576-2175  
Attorney for Defendants

Dated: September 10, 2007

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FRAY LYNCH, : | |
| : | |
| Plaintiff, : | |
| : | C.A. NO. 06-351 JJF |
| v. : | |
| : | JURY TRIAL DEMANDED |
| CITY OF WILMINGTON, : | |
| : | |
| Defendant. : | |

## CERTIFICATE OF SERVICE

I, Alex J. Mili, Jr, Esquire, hereby certify that on this 10th day of September, 2007, I electronically filed the Notice of Deposition of Plaintiff with the Clerk of Court using CM/ECF which will send notification of such filing(s) and that this document is available for viewing and downloading from CM/ECF:

G. Kevin Fasic
Law Office of G. Kevin Fasic
1225 King Street, Suite 200
Wilmington, DE 19801

Robert T. Vance, Jr.
Law Offices of Robert T. Vance, Jr.
100 South Broad Street
Suite 1530
Philadelphia, PA 19110

CITY OF WILMINGTON LAW DEPARTMENT

/s/ Alex J. Mili, Jr.
ALEX J. MILI, JR., ESQUIRE (I.D. #4125)
Senior Assistant City Solicitor
Louis L. Redding City/County Building
800 N. French Street, 9th Floor
Wilmington, DE 19801
(302) 576-2175