# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

Fray Lynch                           :
                                     :
             v.                      :        **Civil Action No. 06-351-JJF**
                                     :
                                     :
City of Wilmington                   :

### PLAINTIFF'S SUPPLEMENTAL DISCLOSURE STATEMENT

Pursuant to Rule 26(a) of the Federal Rules of Civil Procedure, Plaintiff, Fray Lynch, by

her attorney, makes the following supplemental disclosures:

**A.      Persons Reasonably Likely To Have Information That Bears Significantly On
         The Claims And Defenses In This Case.**

Plaintiff believes that the following individuals, in addition to herself, are reasonably

likely to have information that bears significantly on the claims and defenses in this case.


Captain Nancy Dietz
City of Wilmington
800 French Street
Wilmington DE 19801


Plaintiff reserves the right to supplement this list as appropriate and consistent with the
Federal Rules of Civil Procedure.


                                    /s/ G. Kevin Fasic_____
                                    G. Kevin Fasic, Esquire (DE 3496)
                                    Law Offices of G. Kevin Fasic
                                    1225 King Street, Suite 200
                                    Wilmington DE 19801
                                    302.654.4501

                                    Robert T Vance Jr, Esquire (*pro hac vice*)
                                    Law Offices of Robert T Vance Jr
                                    100 South Broad Street, Suite 1530
                                    Philadelphia, PA 19110
                                    215.557 9550
                                    Attorneys for the Plaintiff