IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FRAY LYNCH, | : |
|     Plaintiff, | : |
| | : C.A. NO. 06-351 JJF |
| v. | : |
| | : JURY TRIAL DEMANDED |
| CITY OF WILMINGTON, | : |
|     Defendant. | : |

## STIPULATED DISPOSITIVE MOTION EXTENSION

IT IS HEREBY STIPULATED by attorneys for the parties in above captioned case that the court's Scheduling Order shall be amended to reflect the following:

    Dispositive Motion Cut-off:    November 2, 2007

_____
Robert T. Vance, Jr., Esquire
Law Offices of Robert T. Vance, Jr.
100 South Broad Street
Suite 1530
Philadelphia, PA 19110
Attorney for Plaintiff

_____
Alex J. Mili, Jr., Esquire (I.D. #4125)
Assistant City Solicitor
City of Wilmington Law Department
Louis L. Redding City/County Building
800 N. French Street, 9th Floor
Wilmington, DE 19801
Attorney for Defendant

Dated: 10/3/07

Dated: 10/3/07

SO ORDERED this _____ day of _____, 2007.

_____
J.