**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

FRAY LYNCH,                          :
                                     :
          Plaintiff,                 :
                                     :          C.A. NO. 06-351 JJF
     v.                              :
                                     :          JURY TRIAL DEMANDED
CITY OF WILMINGTON,                  :
                                     :
          Defendant.                 :

**CERTIFICATE OF SERVICE**

I, Alex J. Mili, Jr, Esquire, hereby certify that on this 11th day of October, I mailed a copy of

the Defendant's Supplemental Disclosures Pursuant to Federal Rule of Civil Procedure 26 via U.S.

Mail postage pre-paid to the following individuals and will further notify that this document was

electronically filed with the Clerk of Court using CM/ECF:


G. Kevin Fasic                          Robert T. Vance, Jr.
Law Office of G. Kevin Fasic            Law Offices of Robert T. Vance, Jr.
1225 King Street, Suite 200             100 South Broad Street
Wilmington, DE 19801                    Suite 1530
                                        Philadelphia, PA 19110




                                        CITY OF WILMINGTON LAW DEPARTMENT

                                         /s/ Alex J. Mili, Jr.
                                        ALEX J. MILI, JR., ESQUIRE (I.D. #4125)
                                        Senior Assistant City Solicitor
                                        Louis L. Redding City/County Building
                                        800 N.  French Street, 9th Floor
                                        Wilmington, DE 19801
                                        (302) 576-2175