IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

FRAY LYNCH,

    Plaintiff,

v.

CITY OF WILMINGTON,

    Defendant.

C.A. No. 06-351 JJF

JURY TRIAL DEMANDED

## NOTICE OF DEPOSITION

TO:    Alex J. Mili, Jr., Esquire
Senior Assistant City Solicitor
Louis L. Redding City/County Building
800 N. French Street, 9th Floor
Wilmington, DE 19801

PLEASE TAKE NOTICE that the undersigned will take the oral deposition of Michael Brown, Friday, October 26, 2007 at 2:00 p.m. at the Louis L. Redding City/ County Building, 800 N. French Street, 9th Floor, Wilmington, Delaware 19801.

LAW OFFICES OF G. KEVIN FASIC

G. Kevin Fasic, Esquire (DE 3496)
Legal Arts Building
1225 King Street, Suite 200
Wilmington, DE 19801
(302) 654-4501


Robert T. Vance Jr., Esquire (pro hac vice)
Law Offices of Robert T. Vance Jr.
100 South Broad Street, Suite 1530
Philadelphia, PA 19110
215.557.9550

*Attorneys for Plaintiff*

DATE: October 10, 2007