IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FRAY LYNCH,<br><br>      Plaintiff,<br><br>v.<br><br>CITY OF WILMINGTON,<br><br>      Defendant. | :<br>:<br>:<br>:   C.A. No. 06-351 JJF<br>:<br>:   JURY TRIAL DEMANDED<br>:<br>:<br>: |

## NOTICE OF DEPOSITION

TO:   Alex J. Mili, Jr., Esquire
       Senior Assistant City Solicitor
       Louis L. Redding City/County Building
       800 N. French Street, 9th Floor
       Wilmington, DE 19801

PLEASE TAKE NOTICE that the undersigned will take the oral deposition of Theodore Blunt, Wednesday, October 31, 2007 at 9:00 a.m. at the Louis L. Redding City/ County Building, 800 N. French Street, 9th Floor, Wilmington, Delaware 19801.

LAW OFFICES OF G. KEVIN FASIC

*/s/ G. Kevin Fasic*
G. Kevin Fasic, Esquire (DE 3496)
Legal Arts Building
1225 King Street, Suite 200
Wilmington, DE 19801
(302) 654-4501


Robert T. Vance Jr., Esquire (pro hac vice)
Law Offices of Robert T. Vance Jr.
100 South Broad Street, Suite 1530
Philadelphia, PA 19110
215.557.9550

*Attorneys for Plaintiff*

DATE: October 15, 2007