**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

FRAY LYNCH,                                    :
                                               :
       Plaintiff,                        :
                                               :        C.A. NO. 06-351 JJF
    v.                                       :
                                               :        JURY TRIAL DEMANDED
CITY OF WILMINGTON,                            :
                                               :
       Defendant.                        :

**SECOND STIPULATED DISPOSITIVE MOTION EXTENSION**

IT IS HEREBY STIPULATED by attorneys for the parties in above captioned case that

the court's Scheduling Order shall be amended to reflect the following:


      Dispositive Motion Cut-off:          November 13, 2007




/s/  G. Kevin Fasic                           /s/  Alex J. Mili, Jr.
G. Kevin Fasic, Esquire (I.D. #3496)          Alex J. Mili, Jr., Esquire (I.D. #4125)
Law Offices of G. Kevin Fasic                 Assistant City Solicitor
1225 King  Street                             City of Wilmington Law Department
Suite 200                                     Louis L. Redding City/County Building
Wilmington, DE 19801                          800 N. French Street, 9th Floor
Attorney for Plaintiff                        Wilmington, DE 19801
                                              Attorney for Defendant



Dated: October 23, 2007                       Dated: October 23, 2007




      SO ORDERED this _____ day of _____, 2007.



                                                _____
                                                         J.