# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FRAY LYNCH, | : | |
| | : | |
| Plaintiff, | : | |
| | : | C.A. No. 06-351 JJF |
| v. | : | |
| | : | JURY TRIAL DEMANDED |
| CITY OF WILMINGTON, | : | |
| | : | |
| Defendant. | : | |

## PLAINTIFF'S SECOND SUPPLEMENTAL DISCLOSURE STATEMENT

Pursuant to Rule 26(a) of the Federal Rules of Civil Procedure, Plaintiff, Fray Lynch, by her attorney, makes the following second supplemental disclosures:

A.  Persons Reasonably Likely To Have Information That Bears Significantly On The Claims And Defenses In This Case.

Plaintiff believes that the following additional individuals are reasonably likely to have information that bears significantly on the claims and defenses in this case.

James Mosley, Public Safety Director
City of Wilmington
800 French Street
Wilmington DE 19801

Honorable Stephanie Bolden
City of Wilmington
800 French Street
Wilmington DE 19801

Inspector Gilbert Howe
Wilmington Police Department
800 French Street
Wilmington DE 19801

Inspector James Wright (ret.)
Wilmington Police Department
800 French Street
Wilmington DE 19801

      Plaintiff reserves the right to supplement this list as appropriate and consistent with the Federal Rules of Civil Procedure.

        /s/ G. Kevin Fasic
G. Kevin Fasic, Esquire
Law Offices of G. Kevin Fasic
1225 King Street, Suite 200
Wilmington DE 19801
302.654.4501

Robert T Vance Jr, Esquire (*pro hac vice*)
Law Offices of Robert T Vance Jr
100 South Broad Street, Suite 1530
Philadelphia, PA 19110
215.557 9550
Attorneys for the Plaintiff

Dated: October 30, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FRAY LYNCH, | : | |
| | : | |
| Plaintiff, | : | |
| | : | C.A. No. 06-351 JJF |
| v. | : | |
| | : | JURY TRIAL DEMANDED |
| CITY OF WILMINGTON, | : | |
| | : | |
| Defendant. | : | |

**NOTICE OF SERVICE**

    I, G. KEVIN FASIC, ESQUIRE, hereby certify that a true and correct copy of Plaintiff's Second Supplemental Disclosure Statement was served, by CMECF electronic filing, this 30th day of October, 2007 upon the following:

Alex J. Mili, Jr., Esquire
Senior Assistant City Solicitor
Louis L. Redding City/County Building
800 N. French Street, 9th Floor
Wilmington, DE 19801

/s/ G. Kevin Fasic
G. Kevin Fasic, Esquire (DE 3496)

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| FRAY LYNCH, | : | |
| | : | |
| Plaintiff, | : | |
| | : | C.A. No. 06-351 JJF |
| v. | : | |
| | : | JURY TRIAL DEMANDED |
| CITY OF WILMINGTON, | : | |
| | : | |
| Defendant. | : | |

**CERTIFICATE OF SERVICE**

I, G. KEVIN FASIC, ESQUIRE, hereby certify that a true and correct copy of the foregoing Notice of Service of Plaintiff's Second Supplemental Disclosure Statement was served, by CMECF electronic filing, this 30th day of October, 2007 upon the following:

Alex J. Mili, Jr., Esquire
Senior Assistant City Solicitor
Louis L. Redding City/County Building
800 N. French Street, 9th Floor
Wilmington, DE 19801

/s/ G. Kevin Fasic
G. Kevin Fasic, Esquire (DE 3496)