IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FRAY LYNCH, | : | |
| | : | |
| Plaintiff, | : | |
| | : | C.A. NO. 06-351 JJF |
| v. | : | |
| | : | JURY TRIAL DEMANDED |
| CITY OF WILMINGTON, | : | |
| | : | |
| Defendant. | : | |

**THIRD STIPULATED DISPOSITIVE MOTION EXTENSION**

IT IS HEREBY STIPULATED by attorneys for the parties in above captioned case that the court's Scheduling Order shall be amended to reflect the following:

Dispositive Motion Cut-off:     November 14, 2007


  /s/  G. Kevin Fasic, Esquire            /s/ Alex J. Mili, Jr.
G. Kevin Fasic, Esquire (I.D. #3496)    Alex J. Mili, Jr., Esquire (I.D. #4125)
Law Offices of G. Kevin Fasic           Assistant City Solicitor
1225 King Street                        City of Wilmington Law Department
Suite 200                               Louis L. Redding City/County Building
Wilmington, DE 19801                    800 N. French Street, 9th Floor
Attorney for Plaintiff                  Wilmington, DE 19801
                                        Attorney for Defendant


Dated: November 7, 2007                 Dated: November 7, 2007


SO ORDERED this _____ day of _____, 2007.

_____
                                                              J.