IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FRAY LYNCH, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 06-351-JJF |
| | : |
| CITY OF WILMINGTON, | : |
| | : |
| Defendant. | : |

## O R D E R

WHEREAS, the Court has cancelled the November 15th Pretrial Conference due to a stipulated extension of the dispositive motions deadline;

WHEREAS, Defendant filed a Motion for Summary Judgment (D.I. 39) on November 14, 2007;

WHEREAS, due to the approaching trial date, briefing on the Motion for Summary Judgment shall be expedited;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1) The Answering Brief to the Motion for Summary Judgment shall be filed no later than **Monday, November 26, 2007**.

2) The Reply Brief shall be filed no later than **Friday, November 30, 2007**.

IT IS FURTHER ORDERED that a Pretrial Conference will be held on **Friday, December 7, 2007 at 1:00 p.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware. The Federal Rules of Civil Procedure and Rule 16.3 of the Local Rules of Civil Practice for the United States District

Court for the District of Delaware (Amended Effective June 30, 2007) shall govern the pretrial conference;

November 15, 2007
DATE

/s/ Joseph J. Farnan Jr.
UNITED STATES DISTRICT JUDGE