# LAW OFFICES OF G. KEVIN FASIC

Attorney at Law

1225 King Street, Suite 200 ● Legal Arts Building ● Wilmington, DE 19801
Telephone: (302) 654-4501 ● Facsimile: (302) 654-4406 ● E-Mail: k.fasic@lawgkf.com

**By Electronic Filing Only**
November 19, 2007

The Honorable Joseph J. Farnan
United States District Court
844 North King Street, Room 4124
Wilmington, DE 19801

      RE:    **Fray Lynch v. City of Wilmington**
                 **Civil Action No. 06-351 JJF**
                 **Our File No. 1225**

Dear Judge Farnan:

      As Your Honor is aware, I am Delaware Counsel for the Plaintiff in the referenced matter. Trial is currently scheduled to commence on Monday, December 10, and run through Thursday, December 13. I have several court appearances scheduled from Tuesday the 11th through Thursday the 13th, and write to request that Your Honor excuse me from attending trial on those days. I do intend to appear the morning of December 10th to assist with any matters during the first day of trial.

      My co-counsel, Robert T. Vance, Esquire, is intimately familiar with the facts of the case, and indicated that he is in favor of my request. Similarly, the City's counsel, Alex Mili, Esquire, extended the courtesy of not objecting to my request.

      I would appreciate Your Honor's decision on this request as soon as possible, so that I can arrange my calendar for the week of trial. Thank you for Your Honor's consideration.

                                          Very truly yours,

                                          LAW OFFICES OF G. KEVIN FASIC

                                          By: _____
                                                G. Kevin Fasic, Esquire

GKF/jr
    cc:    Robert T. Vance, Esquire
              Alex Mili, Esquire