# LAW OFFICES OF G. KEVIN FASIC
Attorney at Law

1225 King Street, Suite 200 ● Legal Arts Building ● Wilmington, DE 19801
Telephone: (302) 654-4501 ● Facsimile: (302) 654-4406 ● E-Mail: k.fasic@lawgkf.com

**By Electronic Filing Only**
November 28, 2007

The Honorable Joseph J. Farnan
United States District Court
844 North King Street, Room 4124
Wilmington, DE 19801

      **RE:**    **Fray Lynch v. City of Wilmington**
               **Civil Action No. 06-351 JJF**
               **Our File No. 1225**

Dear Judge Farnan:

      I am Delaware Counsel for the plaintiff in the referenced action. On November 19, 2007 I e-filed a letter requesting to be excused from attending trial (Docket Entry No. 43), which commences Monday, December 10, and runs through Thursday, December 13. I have several court appearances scheduled from Tuesday the 11th through Thursday the 13th, and will need to make arrangements to re-schedule those matters if my request is not granted. My co-counsel, Robert T. Vance, Esquire, and the City's counsel, Alex Mili, Esquire, both indicated that they do not oppose my request.

      I apologize for disturbing Your Honor again with this request, and do so only to be able to make arrangements for re-scheduling and/or coverage of the matters I have scheduled during the trial period. I appreciate Your Honor's consideration.

                                                            Very truly yours,

                                                            LAW OFFICES OF G. KEVIN FASIC

                                                             By: /s/ G. Kevin Fasic
                                                                 G. Kevin Fasic, Esquire (DE 3496)

GKF/jr
cc:    Robert T. Vance, Esquire (by electronic filing only)
        Alex Mili, Esquire (by electronic filing only)