IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Fray Lynch | : | |
| | : | |
| v. | : | Civil Action No. 06-351-JJF |
| | : | |
| City of Wilmington | : | |

**PLAINTIFF'S PROPOSED VOIR DIRE AND
RESPONSE TO DEFENDANT'S PROPOSED VOIR DIRE**

Plaintiff has no objection to the following proposed voir dire questions submitted by Defendant: 1, 2, 3, 4, 5, 6, 7, 10, 12, 13, 14, 15, 17, 18, 19, 20 and 21.

Plaintiff proposes the following modifications to proposed voir dire questions Nos. 8, 9, 11 and 16 submitted by Defendant:

8. Do you know any of the following persons who may be called as witnesses at trial?:

> Monica Gonzalez-Gillespie
> John Burns
> Gregory Ciotti
> Richard Armorer
> Paris Armorer
> Theodore Blunt
> Romain L. Alexander
> Dr. Anjala Pahwa
> Cpl. Michael Groark
> Sgt. Deborah Donohue
> Capt. Nancy Dietz
> Capt. Marlyn Dietz
> Marcia Starks

9. Do you have any feelings or beliefs about sexual harassment cases in general that would influence your decision in this case?

11. Have you or any member of your family ever made a claim or had a claim made against you of sexual harassment or worked for a company that had a claim made against it of sexual harassment or participated in any way in a sexual harassment case?

16. Have you or any member of your family ever been a plaintiff, a defendant, any other party or a witness in any civil or criminal case?

Plaintiff proposes the following additional voir dire questions:

22. Have you ever worked in any managerial or supervisory capacity?

23. Have you ever worked in any human resources or personnel capacity?

24. Do you have a background in investigations of any kind?