IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Fray Lynch | : | |
| | : | |
| v. | : | Civil Action No. 06-351-JJF |
| | : | |
| City of Wilmington | : | |

## **PLAINTIFF'S PROPOSED VERDICT SHEET**

1. Do you find that Plaintiff Fray Lych has proven by a preponderance of the evidence that she was sexually harassed by Michael Brown?

    YES _____           NO _____

(*If your answer is "YES," please proceed to Question No. 2.  If your answer is "NO," please proceed to Question No. 3*)

2. Do you find that Plaintiff Fray Lynch has proven by a preponderance of the evidence that any remedial measures taken by Defendant against Michael Brown because of his acts of sexual harassment against her were not timely or were not adequate?

    YES _____           NO _____

(*If your answer is "YES," please proceed to Question No. 3.  If your answer is "NO," please proceed to Question No. 3*)

      3.      Do you find that Plaintiff Fray Lynch has proven by a preponderance of the evidence that Michael Brown retaliated against her after June 2, 2004 because she filed a sexual harassment complaint against him?

      YES _____                 NO _____

**Please have the Jury Foreperson sign this verdict sheet and inform the Clerk that the jury has reached a verdict.**


Dated:_____          _____
                                Foreperson