```
               IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF DELAWARE
```

Fray Lynch,                         :
                                    :
      Plaintiff,               :
                                    :
v.                                  : Civil Action No. 06-351 JJF
                                    :
City of Wilmington,                 :
                                    :
      Defendant.               :

### ORDER

WHEREAS, on November 14, 2007, Defendant filed a Motion For Summary Judgment(D.I. 39);

WHEREAS, on November 30, 2007, briefing was completed on Defendant's Motion for Summary Judgment;

WHEREAS, the Court finds that genuine issues of material fact exist for each element of Plaintiff's sex discrimination and retaliation claims under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000d and 2000e, et seq., such that summary judgment under Rule 56(c) of the Federal Rules of Civil Procedure is inappropriate.

NOW THEREFORE, IT IS HEREBY ORDERED that Defendant's Motion For Summary Judgment (D.I. 39) is **DENIED**.

December 4, 2007

                                                    UNITED STATES DISTRICT JUDGE