# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FRAY LYNCH, : | |
| : | |
| Plaintiff, : | |
| : | C.A. NO. 06-351 JJF |
| v. : | |
| : | JURY TRIAL DEMANDED |
| CITY OF WILMINGTON, : | |
| : | |
| Defendant. : | |

## STIPULATED DISMISSAL

IT IS HEREBY STIPULATED by and among the parties to this action, through the undersigned counsel, that all claims filed by the parties in this action are hereby dismissed with prejudice.


  /s/ Robert T. Vance, Jr.                                   /s/  Alex J. Mili, Jr.,
Robert T. Vance, Jr., Esquire                  Alex J. Mili, Jr., Esquire (I.D. #4125)
Law Offices of Robert T. Vance, Jr.        Assistant City Solicitor
100 South Broad Street                            City of Wilmington Law Department
Suite 1530                                                   Louis L. Redding City/County Building
Philadelphia, PA 19110                             800 N. French Street, 9th Floor
Attorney for Plaintiff                                 Wilmington, DE 19801
                                                                  Attorney for Defendant


Dated:   1/9/2008                                       Dated:   1/7/2008


        SO ORDERED this _____ day of _____, 2008.


                                                            _____
                                                                                  J.